STATE OF NEW JERSEY v. MORRIS SIMS.

Sept. 24, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL RAYMOND.

Sept. 24, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. LEWIS C. BAKER.

Sept. 24, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY J. TAYLOR.

Sept. 24, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. METFORD KENNETH JACKSON.

Sept. 24, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE MILLER.

Sept. 24, 1979. Petition for certification denied.